IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 15-00098-01 |
| | ) | CIV. NO. 17-00565 SOM-KSC |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING PETITIONER RUBEN** |
| vs. | ) | **SETTLE'S MOTION TO DISMISS HIS** |
| | ) | **OWN 28 U.S.C. § 2255 MOTION** |
| RUBEN SETTLE, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING PETITIONER RUBEN SETTLE'S MOTION
TO DISMISS HIS OWN 28 U.S.C. § 2255 MOTION WITHOUT PREJUDICE**

Petitioner Ruben Settle has moved for relief under 28 U.S.C. § 2255. This court ordered him to show cause why his motion should not be dismissed as untimely. Instead of making the required showing, Settle filed a Motion To Dismiss Without Prejudice, asking that this court "issue an order dismissing this motion that is not in front of this honorable [court] that was filed pursuant to 28 U.S.C. § 2255." This court grants the request to dismiss the § 2255 motion without prejudice.

So that there is no confusion, this court reminds Settle that, as set forth in this court's earlier orders in this very case, any § 2255 motion is subject to a limitations period, and any second or successive § 2255 motion must be certified by the Ninth Circuit Court of Appeals.

With the dismissal of Settle's § 2255 motion, the present § 2255 matter is concluded, and the Clerk of Court is

directed to enter judgment in favor of the United States with

respect to Settle's § 2255 motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 21, 2017.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States of America v. Ruben Settle, CR. NO. 15-00098-01,
CIV. NO. 17-00565 SOM-KSC
ORDER GRANTING PETITIONER RUBEN SETTLE'S MOTION TO DISMISS HIS
OWN 28 U.S.C. § 2255 MOTION WITHOUT PREJUDICE

2